| | | |
|---|---|---|
| TWILA ADAIR, et al, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 12-01120-CV-W-SWH |
| | ) | |
| | ) | |
| JP MOGAN ACHASE & CO, et al, | ) | |
| Defendants, | ) | |

## CLERK'S ORDER OF DISMISSAL

On August 31, 2012, Plaintiff filed a Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed without prejudice, parties to bear any cost incurred herein.

                                          AT THE DIRECTION OF THE COURT

                                        Ann Thompson, Clerk of Court


                                        By    /s/ Jo Rita Gicinto
                                                     Deputy Clerk

Date: September 20, 2012